# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NO: 6:18-CR-00069-JDK-JDL |
| v. | § |
| | § |
| | § |
| ISAIAH ROSS, | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding defendant's plea of guilty to Count One with a violation of Title 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. Docket No. 24. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. Docket Nos. 17, 20. The parties waived their right to file objections to the Findings of Fact and Recommendation. Docket No. 22 at 6. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed February 22, 2019, are hereby **ADOPTED**. Docket No. 24.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of Count One of the Indictment in the above-numbered cause.

So **ORDERED** and **SIGNED** this **25th** day of **February, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE